

**FILED**
**Jul 13, 2022**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00123-JLT |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| EDWARD WRIGHT JONES, JR., | |
| *Defendant,* | |

Defendant, Edward Wright Jones, Jr., through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Jones submits the attached Financial Affidavit as evidence of his inability to retain counsel. On July 1, 2022, a Petition for Violation of Supervised Release was filed, a Summons was issued, and an initial appearance is scheduled on July 14, 2022.

After reviewing his *Financial Affidavit* it is respectfully recommended that counsel be promptly appointed assist in advance to facilitate the hearing.

DATED: July 12, 2022          */s/ Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __July 13, 2022__          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE